**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814**

**RICHARD BUDD**

**DEFAULT JUDGMENT**

      **v.**

**Case No. CIV S-10-1770 GEB KJN (TEMP)**

**SRS & ASSOCIATES**

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

      **SRS & Associates**

February 1, 2011

VICTORIA C. MINOR, CLERK


By: _____
C. Manzer, Deputy Clerk